```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| SAMUEL FAIBISH et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| THE LINCOLN ON LOCUST, L.P. et al. | : | NO. 13-6376 |

### ORDER

AND NOW, this 5th day of November, 2013, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the complaint in the above-captioned action is DISMISSED without prejudice due to lack of subject matter jurisdiction.

                                                      BY THE COURT:

                                                      /s/ Harvey Bartle III
                                                                        J.